(88 South. 55)

HANNERS v. STATE. (4 Div. 637.)

(Court of Appeals of Alabama. June 29, 1920. Rehearing Denied Nov. 9, 1920.)

INDICTMENT AND INFORMATION ⟨⟩34(2)—INDICTMENT MUST BE INDORSED BY FOREMAN AS A TRUE BILL.

Under Code 1907, § 7300, requiring the concurrence of at least 12 grand jurors to find an indictment, and providing that when so found the indictment must be indorsed a true bill and the indorsement signed by the foreman, an indictment which does not bear the indorsement by the foreman will not support a conviction.

Appeal from Circuit Court, Dale County; J. S. Williams, Judge.

Albert Hanners was charged with murder in the first degree, convicted of manslaughter in the first degree, and he appeals. Reversed and remanded.

H. L. Martin, of Ozark, for appellant.

Counsel discuss the various exceptions to evidence and to charges given and refused, with citation of authority, but in view of the opinion it is not deemed necessary to here set them out.

J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

No brief came to the Reporter.

BRICKEN, P. J. The indictment does not show authentication as provided by Code 1907, § 7300, which reads:

"The concurrence of at least twelve grand jurors is necessary to find an indictment; and when so found, it must be indorsed 'a true bill' and the indorsement signed by the foreman."

For the failure of the indictment to bear this necessary indorsement, it is not a valid indictment and will not support a judgment of conviction. This identical question has been decided, as here, in the following cases: Memory McMullen v. State, ante, p. 504, 86 South. 175; Whitley v. State, 166 Ala. 42, 52 South. 203; Bilbo v. State, 1 Ala. App. 74, 55 South. 927; Banks v. State, 13 Ala. App. 41, 69 South. 242; Smiley v. State, 11 Ala. App. 67, 65 South. 916; Joyner v. State, 78 Ala. 448; Wilson v. State, 128 Ala. 17, 24, 29 South. 569; Coburn v. State, 151 Ala. 100, 44 South. 58, 15 Ann. Cas. 249.

No valid indictment having been shown, it is unnecessary to consider other questions presented.

Reversed and remanded.